# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Lisa Proctor,
    Plaintiff,

vs.                              Case No.  1:09-cv-127

Commissioner of Social Security,
    Defendant

## ORDER

        This matter is before the Court on the Magistrate Judge's Report and Recommendation filed September 17, 2010 (Doc. 14).

        Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  See United States v. Walters, 638 F.2d 947 (6th Cir. 1981).  No objections to the Magistrate Judge's Report and Recommendation have been filed.

        Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

        Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**.  This action is **REVERSED** pursuant to Sentence Four of 42 U.S.C. § 405(g) and **REMANDED** for further proceedings.


Date: October 12, 2010                    s/Sandra S. Beckwith
                                                Sandra S. Beckwith, Senior Judge
                                                United States District Court